IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                  No. CIV S-07-0797 MCE KJM P

   vs.

VICTOR F. BREWER, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested that this action be dismissed. Good cause appearing, Plaintiff's request is granted and this matter is dismissed pursuant to Federal Rule of Civil Procedure 41(a).

DATED: December 4, 2007.

                                    U.S. MAGISTRATE JUDGE

1
tuns0797.41